# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EVERADO MATA ZUNIGA,

    Plaintiff,

v.

NAPH CARE INC.,

    Defendant.

2:16-cv-00180-JAD-CWH

**ORDER**

**I.   DISCUSSION**

On June 28, 2016, this Court issued a screening order dismissing Plaintiff's complaint in its entirety, without prejudice, with leave to amend. (ECF No. 2 at 5). The Court granted Plaintiff leave to file an amended complaint on or before July 28, 2016. (*Id.*). On July 25, 2016, Plaintiff filed a motion for a 45-day extension of time to file his amended complaint. (ECF No. 4 at 1). Plaintiff states that he is mostly a non-English speaking inmate who relies on inmate legal assistance. (*Id.*). He requests an extension of time to seek the help of another inmate to draft his amended complaint.[1] (*Id.*).

The Court grants Plaintiff's motion for an extension of time. Plaintiff shall file his amended complaint on or before Friday, September 16, 2016. No further extensions shall be granted.

**II.   CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion for an extension of time (ECF No. 4) is granted.

IT IS FURTHER ORDERED that Plaintiff shall file his amended complaint on or before

---

[1] Inmate Stanley Rimer helped Plaintiff prepare the motion for an extension of time. (ECF No. 4 at 1).

Friday, September 16, 2016. No further extensions shall be granted.

IT IS FURTHER ORDERED that if Plaintiff fails to file an amended complaint on or before Friday, September 16, 2016, this action shall be dismissed with prejudice and without further notice.

DATED: July 29, 2016

_____
United States Magistrate Judge